IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH B. CAMPBELL,

    Petitioner,                                            No. CIV S-09-0615 KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION, et al.,

    Respondents.                                          <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is incarcerated in Lancaster, California and challenges a California Board of Prison Terms decision rendered there.  Lancaster is in an area embraced by the United States District Court for the Central District of California.  Pursuant to 28 U.S.C § 2241(d), the court in the district of confinement has jurisdiction over applications for writs of habeas corpus filed by state prisoners.  There is no basis for jurisdiction in this district.

1

1  Good cause appearing, IT IS HEREBY ORDERED that this matter is transferred
2  to the United States District Court for the Central District of California. 28 U.S.C. § 2241(d); 28
3  U.S.C. § 1406(a).
4  DATED: March 12, 2009.

_____
U.S. MAGISTRATE JUDGE

1/md
camp0615.108b

2